

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AL JEROME JEANSONNE, JR. #293454 | : | DOCKET NO. 2:10-cv-1709 |
| VS. | : | JUDGE TRIMBLE |
| TERRY TERRELL, ET AL | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE,** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915(e)(2).

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the 28th day of November, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE